1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID HERSKOVITZ, an individual; DODIE HERSKOVITZ, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CRESTBROOK INSURANCE COMPANY, a Massachusetts corporation; NATIONWIDE PRIVATE CLIENT, an Arizona corporation; and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO.: 2:21-cv-07202-SPG-PLA <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Plaintiffs DAVID and DODIE HERSKOVITZ and Defendant CRESTBROOK INSURANCE COMPANY (collectively, the "Parties"), submitted a Stipulation of Dismissal with Prejudice. Pursuant to the Stipulation, the Parties requested that the entire action be dismissed with prejudice, and each party would bear its own costs and attorneys' fees.

    Having considered the Stipulation and for good cause shown:

**IT IS HEREBY ORDERED** that this matter be dismissed, with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: July 24, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE